**Order entered January 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01058-CR
No. 05-17-01059-CR
No. 05-17-01060-CR

**XAVIER MANDELL TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-70593-M, F16-70594-M & F16-70595-M**

## ORDER

The clerk's records in the above appeals were filed December 20, 2017. The clerk's record in appellate cause number 05-17-01060-CR (trial court cause number F16-70595-M) does not contain the trial court's charge to the jury on punishment. *See* TEX. R. APP. P. 34.5(a)(4).

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the jury charge on punishment in appellate cause number 05-17-01060-CR (trial court cause number F16-70595-M).

/s/   LANA MYERS
        JUSTICE